```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

STEPHEN A. MELLER, INDIVIDUALLY;
AS TRUSTEE OF STEPHEN A. MELLER
TRUST; AND AS TRUSTEE OF STEPHEN
A. MELLER DESCENDANTS SEPARATE TRUST                    PLAINTIFF

    v.                Civ. No. 10-6018

MELLER MANAGEMENT, LLC;
SALLY W. MELLER, L.P.; AND
COMMUNITY FIRST TRUST COMPANY                           DEFENDANTS

## JUDGMENT

    For reasons set forth in the Order, filed contemporaneously herewith, Defendants Meller Management, LLC, Sally W. Meller, L.P., and Community First Trust Company's Motions for Summary Judgment (Docs. 30 & 52) is **GRANTED**, and Plaintiff's Amended Complaint (Doc. 14) is **DISMISSED**. Plaintiff's claims that remained following the Court's Memorandum Opinion Order (Doc. 85) are **DISMISSED WITH PREJUDICE** and Plaintiff's claim for dissolution and winding up of the SWM, LP is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to file it in State Court.

    Each party is to bear its own fees and costs. **The parties have thirty days from entry of this judgment on the docket in which to appeal.**

    IT IS SO ORDERED this 13th day of June, 2011.

                                            */s/ Robert T. Dawson*
                                            Honorable Robert T. Dawson
                                            United States District Judge